Decided September 15, 2004

## STATE OF CONNECTICUT *v.* JOYCE BENNETT-GIBSON

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 48 (AC 23619), is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided September 15, 2004